COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER DENYING MOTION FOR REHEARING

Cause numbers and style:  01–12–00995-CR; *Richard v. State*

Date motion filed:  July 22, 2013

Party filing motion:  Appellant

It is ordered that appellant's motion for rehearing is denied.

It is so ORDERED.

Justice's signature:  /s/ Laura Carter Higley
                         Acting for the Court

Panel consists of Justices Keyes, Higley, and Bland.

Date: July 30, 2013